**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

DARVIN FURNITURE AND APPLIANCE
OF ORLAND PARK, INC.,

               Plaintiff,

v.

WAYFAIR LLC,

               Defendant.

Civil Action No.  1:23-cv-04121

Judge Nancy L. Maldonado

Magistrate Judge Heather K. McShain

**DEFENDANT WAYFAIR LLC'S ANSWER TO PLAINTIFF DARVIN FURNITURE
AND APPLIANCE OF ORLAND PARK, INC.'S COMPLAINT**

Defendant Wayfair LLC ("Wayfair") hereby answers the Complaint filed by Plaintiff

Darvin Furniture And Appliance Of Orland Park, Inc. ("Darvin") as follows:

**PARTIES**

***Complaint Paragraph No. 1***

*Plaintiff, Darvin Furniture And Appliance Of Orland Park, Inc. ("Darvin"), is an Illinois corporation with its principal place of business at 15400 South La Grange Road, Orland Park, Illinois 60462 and prominently uses the trademark DARVIN for its services.*

**Answer No. 1**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

***Complaint Paragraph No. 2***

*In 1920, Louis Darvin began selling furniture door-to-door using catalog pictures. Louis Darvin became renowned as a furniture expert, offering high-quality furniture and low prices. The first DARVIN furniture store opened in the early 1940's in Chicago. Today, DARVIN Furniture is Chicagoland's largest furniture store and a Top-100 furniture retailer in the nation. Located south of Chicago on 13 acres in Orland Park, Illinois, the DARVIN Furniture showroom has more than*

- 1 -

*200,000 sq. ft. of furniture on display. DARVIN Furniture serves Chicago, the surrounding suburbs, northern Illinois, and northern Indiana ("the Chicagoland area").*

**Answer No. 2**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

**Complaint Paragraph No. 3**

*DARVIN Furniture has been described as one of the top-performing single locations in the entire furniture industry. Darvin advertises extensively in the Chicagoland area.*

**Answer No. 3**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

**Complaint Paragraph No. 4**

*Defendant, Wayfair LLC ("Wayfair"), is Delaware limited liability company with an address of 4 Copley Place, Boston, Massachusetts 02116. Wayfair is an online retailer of furniture and home décor products.*

**Answer No. 4**

Wayfair admits.

**Complaint Paragraph No. 5**

*Wayfair owns and operates its online furniture store at wayfair.com.*

**Answer No. 5**

Wayfair admits it owns the domain <wayfair.com> and operates a furniture and home

decor store at that domain; otherwise, Wayfair denies.

**Complaint Paragraph No. 6**

*The website at wayfair.com is available and sells goods to residents of Illinois.*

**Answer No. 6**

Wayfair admits that <wayfair.com> is accessible to residents of Illinois and residents of Illinois can purchase goods through <wayfair.com>; otherwise, Wayfair denies.

### Complaint Paragraph No. 7

*Wayfair advertises and promotes its online retail sales of furniture and home décor products to residents of Illinois, including consumers residing in the Chicagoland area.*

**Answer No. 7**

Wayfair admits that it advertises and promotes furniture and home décor products nationally. To the extent Darvin alleges Wayfair specifically targets residents of Illinois, including consumers residing in the Chicagoland area, Wayfair denies.

### Complaint Paragraph No. 8

*Wayfair has sold furniture and home décor products to consumers residing in Illinois through the wayfair.com website.*

**Answer No. 8**

Wayfair admits that it has national sales of furniture and home décor products through the <wayfair.com> website. To the extent Darvin alleges Wayfair specifically targets consumers residing in Illinois, Wayfair denies.

## JURISDICTION AND VENUE

### Complaint Paragraph No. 9

*This is an action for federal trademark counterfeiting, trademark infringement, and unfair competition under 15 U.S.C. §§ 1114, and 1125(a) of the Lanham Act, and related state law claims, which arise out of the same operative facts.*

**Answer No. 9**

Wayfair admits that the face of Darvin's Complaint purports to state claims for trademark counterfeiting, trademark infringement, and unfair competition under federal and state law; otherwise, Wayfair denies.

**Complaint Paragraph No. 10**

This Court has subject matter jurisdiction of the claims pleaded in this Complaint pursuant 15 U.S.C. § 1121 (actions arising under 15 U.S.C. – Chapter 22 – Trademarks), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338 (acts of Congress related to trademarks).

**Answer No. 10**

To the extent a response is required of it, Wayfair admits that this Court has proper subject matter jurisdiction over Darvin's claims; otherwise, Wayfair denies.

**Complaint Paragraph No. 11**

This Court has supplemental jurisdiction over concurrent state law claims pursuant to 28 U.S.C. § 1367 because the claims are all part of the same case or controversy.

**Answer No. 11**

To the extent a response is required of it, Wayfair admits that this Court has proper supplemental jurisdiction over Darvin's claims; otherwise, Wayfair denies.

**Complaint Paragraph No. 12**

This Court has personal jurisdiction over Wayfair in that Wayfair has registered with the Illinois Secretary of State as a foreign corporation and conducts business in Illinois.

**Answer No. 12**

Wayfair admits that specific personal jurisdiction is proper over Wayfair in this action; otherwise, Wayfair denies.

**Complaint Paragraph No. 13**

Wayfair operates a brick-and-mortar furniture store in the Chicagoland area, including Oak Brook, Illinois.

**Answer No. 13**

Wayfair admits that it operates a single, specialty retail brand store called Joss & Main in Oak Brook, Illinois; otherwise, Wayfair denies.

*Complaint Paragraph No. 14*

Wayfair directs business activities toward and conducts business in the State of Illinois, including the Chicagoland area. Wayfair operates warehouses in Romeoville and South Elgin, Illinois to fulfill orders for products bought in Illinois.

**Answer No. 14**

Wayfair admits that it operates warehouses located in Romeoville and South Elgin, Illinois; otherwise, Wayfair denies.

*Complaint Paragraph No. 15*

There has been actual confusion by consumers as to a relationship between the parties, meaning there are third-party witnesses relevant to this action in the Chicagoland area.

**Answer No. 15**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

*Complaint Paragraph No. 16*

Venue is proper in this District under 28 U.S.C. § 1391 because Darvin maintains its principal place of business in this District, Wayfair is subject to the Court's personal jurisdiction, and witnesses to events of actual confusion reside in the Chicagoland area.

**Answer No. 16**

Wayfair admits that venue is proper in this Court and that this Court has at least specific personal jurisdiction over Wayfair for Darvin's claims; otherwise, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

## COMMON FACTUAL ALLEGATIONS

*Complaint Paragraph No. 17*

The early roots of DARVIN Furniture date back to 1920 when Louis Darvin began selling furniture to customers door-to-door in Chicago, Illinois, using catalog pictures. Louis Darvin became renown as a furniture expert, offering high-quality furniture at low prices. Over a century

*later, DARVIN Furniture still offers high-quality furniture at low prices. DARVIN Furniture is Chicagoland's largest furniture store.*

**Answer No. 17**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

***Complaint Paragraph No. 18***

*In 2004, DARVIN Furniture was named as one of America's Top 100 Furniture Retailers by Furniture Today. That honor continues today.*

**Answer No. 18**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

***Complaint Paragraph No. 19***

*In 2016, DARVIN Furniture was recognized as the 2016 Retailer of the Year by the Illinois Retail Merchants Association. The award recognizes an Illinois retailer for its success in sales, and for giving back to the community and its employees.*

**Answer No. 19**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

***Complaint Paragraph No. 20***

*In 2017, DARVIN Furniture started its e-commerce platform, darvin.com, which allows consumers to view and shop for furniture and home décor 24/7/365. In 2020, during the pandemic, DARVIN Furniture established a "Critical Needs Call Center" to provide customer support. A dedicated sales force was created for the DARVIN Furniture e-commerce business.*

**Answer No. 20**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

**Complaint Paragraph No. 21**

*Through over 100 years of continuous use and promotion of the DARVIN mark, Darvin and DARVIN Furniture have become known for quality merchandise and sales service.*

**Answer No. 21**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

**Complaint Paragraph No. 22**

*Darvin is the owner of all rights, title, and interest to the DARVIN trademark and owns the following federal trademark registration:*

| Trademark | Registration No. | Registration Date | Services |
|-----------|------------------|-------------------|----------|
| DARVIN | 3,019,314 | November 29, 2005 | Retail stores for furniture and decorative home furnishings and appliances |

**Answer No. 22**

Wayfair admits the face of U.S. Trademark Registration No. 3,019,314 lists Darvin as the

Registrant; otherwise, Wayfair is without knowledge or information sufficient to form a belief as

to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

**Complaint Paragraph No. 23**

*The DARVIN mark is registered on the Principal Register with the United States Patent and Trademark Office. The DARVIN registration is incontestable, valid, subsisting, and in full force and effect. A copy of the registration certificate for DARVIN, together with a printout from the United States Patent and Trademark Office's TESS database for the mark, is attached as Exhibit 1 and incorporated by reference.*

**Answer No. 23**

Wayfair admits the DARVIN mark is registered with the United States Patent and

Trademark Office for "retail stores for furniture and decorative home furnishings and appliances;"

otherwise, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

### Complaint Paragraph No. 24

*Darvin owns and operates its DARVIN furniture and mattress store, and DARVIN factory outlet store, which are located in Orland Park, Illinois. The DARVIN showroom has over 200,000 square feet of furniture on display, with guaranteed lowest prices in the Chicagoland area.*

### Answer No. 24

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

### Complaint Paragraph No. 25

*DARVIN Furniture sells furniture from famous furniture brands, including Smith Brothers, Bassett, Bernhardt, Daniels Amish, England, and Flexsteel.*

### Answer No. 25

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

### Complaint Paragraph No. 26

*DARVIN Furniture also sells mattresses under famous mattress brands, including Simmons Beautyrest, Sealy Posturpedic, Serta Perfect Sleeper, i-Comfort, Restonic, Aireloom, Purple, Paramount, Stearns and Foster, and Tempur-Pedic. In 2021, Darvin received national recognition as a Retail Giant in Bedding.*

### Answer No. 26

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

### Complaint Paragraph No. 27

*Through the DARVIN Furniture online store, consumers can view and purchase indoor and outdoor furniture, mattresses, rugs, home décor and accessories.*

- 8 -

**Answer No. 27**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

***Complaint Paragraph No. 28***

*For example, DARVIN Furniture stores offer furniture:*

*[https://www.darvin.com/browse/bedroom/dressers/21?kwd=(redirect)+bedroom+dressers] (accessed June 14, 2023).*

**Answer No. 28**

Wayfair admits that the result at web address

https://www.darvin.com/browse/bedroom/dressers/21?kwd=(redirect)+bedroom+dressers

appears to depict furniture; otherwise, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

***Complaint Paragraph No. 29***

*DARVIN Furniture stores offer outdoor furniture:*

*[https://www.darvin.com/outdoor.aspx] (accessed June 14, 2023).*

**Answer No. 29**

Wayfair admits that the web address https://www.darvin.com/outdoor.aspx appears to depict outdoor furniture; otherwise, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

***Complaint Paragraph No. 30***

*DARVIN Furniture stores offer rugs:*

*[https://www.darvin.com/p/rug-gallery?kwd=(redirect)+rugs] (accessed June 14, 2023).*

**Answer No. 30**

Wayfair admits that the web address https://www.darvin.com/p/rug-gallery?kwd=(redirect)+rugs appears to depict rugs; otherwise, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

***Complaint Paragraph No. 31***

*Darvin recently learned that Wayfair is using the DARVIN trademark to drive traffic to Wayfair's online retail store at wayfair.com.*

**Answer No. 31**

Wayfair denies that it is using the DARVIN trademark to drive traffic to Wayfair's online retail store at <wayfair.com>, and is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations and therefore denies.

***Complaint Paragraph No. 32***

*A Google search for "Wayfair Darvin" returns numerous search results to the wayfair.com website where the term "Darvin" is displayed in the results, including "Darvin Furniture.com", as shown below:*

*[https://www.google.com/search?client=firefox-b-1-d&q=wayfair+Darvin] (accessed June 13, 2023).*

*A true and accurate printout of the search results is attached as Exhibit 2.*

**Answer No. 32**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

***Complaint Paragraph No. 33***

*Clicking on the hot link "Darvin Furniture.com" in the search result brings you to the wayfair.com website, where users see the following:*

*[https://www.wayfair.com/keyword.php?keyword=darvin+furniture.com] (accessed June 15, 2023).*

*There are almost 10,000 results for "darvin furniture.com" according to the Wayfair website as shown above.*

**Answer No. 33**

Wayfair denies.

***Complaint Paragraph No. 34***

*When "Darvin Furniture" is entered as a search term in Wayfair's website, wayfair.com, users see the following:*

*[https://www.wayfair.com/keyword.php?keyword=darvin+furniture](accessed June 15, 2023)*

*Over 12,000 search results are returned, and some of the listed pieces are identified as "Darvin" furniture.*

**Answer No. 34**

Wayfair denies.

***Complaint Paragraph No. 35***

*When "Darvin" is entered as a search term in Wayfair's website, wayfair.com, users see the following:*

*[https://wayfair.com/keyword.php?keyword=Darvin] (accessed June 15, 2023).*

*This search returns over 1,000 results. As shown above, three of the results listed on the first line are for "Darvin" furniture.*

**Answer No. 35**

Wayfair denies.

***Complaint Paragraph No. 36***

*A Google advanced search for "Darvin" on the wayfair.com website returns 3,310 search results, and users see the following:*

*[https:/ /www.google.com/search?as q=&as epq=darvin&as oq=&as eq=&as nlo=&as nhi=&l1-&c1-&as _ qdi=all&as sitesearch=wayfair.com&as _ occt=any&safe=images&as filetype=&tbs=] (accessed June 21, 2023).*

*A printout of the first page of the search results is attached as Exhibit 3.*

**Answer No. 36**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

***Complaint Paragraph No. 37***

*Wayfair also advertises "Darvin" furniture on social media platforms, including Pinterest, as shown in the below hyperlink:*

*[https://www.pinterest.com/pin/bedroom-in-2021--692991461420632646/] (accessed June 21, 2023).*

**Answer No. 37**

Wayfair denies.

***Complaint Paragraph No. 38***

*Clicking on the hot link "Visit" in the Pinterest page brings you to the wayfair.com website, where users see the following:*

*[https://www.wayfair.com/Bungalow-Rose--Colter-Lounge-Floor-Pillow-BI186246-L1227-K% 7EJLZL1039 .html?utm _ source=pinterest&utm medium=social&piid= 1645089463] (accessed June 21 , 2023).*

*Through that wayfair.com webpage, consumers can purchase the "Darvin" pillow.*

**Answer No. 38**

Wayfair denies.

***Complaint Paragraph No. 39***

*The unauthorized use of "Darvin" by Wayfair is not limited to the wayfair.com website. Two of Wayfair's related stores, Joss & Main and Perigold, both use "Darvin" to sell furniture and related services.*

**Answer No. 39**

Wayfair denies.

***Complaint Paragraph No. 40***

*When "Darvin" is entered as a search term in the joss&main.com website, users see the following:*

*[https://www.jossandmain.com/keyword.php?keyword=darvin] (accessed June 15, 2023).*

*As shown above, almost 40 search results are returned, and some of the listed pieces are identified as "Darvin" furniture.*

**Answer No. 40**

Wayfair denies.

***Complaint Paragraph No. 41***

*When "Darvin Furniture" is entered as a search term in the joss&main.com website, users see the following:*

*[https://www.jossandmain.com/keyword.php?keyword=darvin+fumiture] (accessed June 15, 2023).*

*As can be seen above, over 340 search results are returned.*

**Answer No. 41**

Wayfair denies.

***Complaint Paragraph No. 42***

*When "Darvin" is entered as a search term in the perigold.com website, users see the following:*

*[https://www.perigold.com/keyword.php?keyword=darvin&itemsperpage=48] (accessed June 15, 2023).*

*As can be seen above, over 200 search results are returned.*

**Answer No. 42**

Wayfair denies.

***Complaint Paragraph No. 43***

*When "Darvin Furniture" is entered as a search term in the perigold.com website, users see the following:*

*[https://www.perigold.com/keyword.php?keyword=darvin+furniture] (accessed June 19, 2023).*

*As can be seen above, over 900 search results are returned.*

**Answer No. 43**

Wayfair denies.

***Complaint Paragraph No. 44***

*On May 11, 2023, Darvin sent Wayfair a cease and desist letter informing Wayfair that use of "Darvin" infringes Darvin's rights in the DARVIN mark. Darvin asked that Wayfair cease using "Darvin", and requested Wayfair's written response by May 26, 2023. A copy of the May 11, 2023, cease and desist letter with enclosures is attached as Exhibit 4.*

**Answer No. 44**

The letter as shown in Exhibit 4 of Darvin's Complaint speaks for itself. Wayfair's legal department has no record of physically receiving the letter prior to the filing of this lawsuit. Accordingly, Wayfair denies.

***Complaint Paragraph No. 45***

*The Return Receipt Postcard received May 22, 2023, from the United States Post Office indicates that the cease and desist letter was delivered to Wayfair. A copy of the Return Receipt Postcard is attached as Exhibit 5.*

**Answer No. 45**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

***Complaint Paragraph No. 46***

*To date, Darvin has not received any response from Wayfair to the May 11, 2023, cease and desist letter.*

**Answer No. 46**

Wayfair denies.

***Complaint Paragraph No. 47***

*Wayfair continues to use "Darvin" and "Darvin Furniture" to misdirect consumers to Wayfair and the wayfair.com website.*

**Answer No. 47**

Wayfair denies.

***Complaint Paragraph No. 48***

*Wayfair is trading on the goodwill in the DARVIN mark for furniture sales and services to lure customers to the wayfair.com website, and to boost Wayfair's sales.*

**Answer No. 48**

Wayfair denies.

***Complaint Paragraph No. 49***

*Wayfair is also using searches of "Darvin" and "Darvin Furniture" on the wayfair.com website to mislead consumers into believing that the products listed in the search results are from DARVIN Furniture, and that the use of "Darvin" is approved by, associated with, or connected with Darvin and its reputation.*

**Answer No. 49**

Wayfair denies.

***Complaint Paragraph No. 50***

*Wayfair continues to use "Darvin" and "Darvin Furniture" to misdirect consumers to the jossandmain.com website.*

**Answer No. 50**

Wayfair denies.

***Complaint Paragraph No. 51***

*Wayfair is trading on the goodwill in the DARVIN mark for furniture sales and services to lure customers to the jossandmain.com website, and to boost Wayfair's sales.*

**Answer No. 51**

Wayfair denies.

***Complaint Paragraph No. 52***

*Wayfair is also using searches of "Darvin" and "Darvin Furniture" on the jossandmain.com website to mislead consumers into believing that the products listed in the search results are from DARVIN Furniture, and that the use of "Darvin" is approved by, associated with, or connected with Darvin and its reputation.*

**Answer No. 52**

Wayfair denies.

***Complaint Paragraph No. 53***

*Wayfair continues to use "Darvin" and "Darvin Furniture" to misdirect consumers to the perigold.com website.*

**Answer No. 53**

Wayfair denies.

***Complaint Paragraph No. 54***

*Wayfair is trading on the goodwill in the DARVIN mark for furniture sales and services to lure customers to the perigold.com website, and to boost Wayfair's sales.*

**Answer No. 54**

Wayfair denies.

***Complaint Paragraph No. 55***

*Wayfair is also using searches of "Darvin" and "Darvin Furniture" on the perigold.com website to mislead consumers into believing that the products listed in the search results are from DARVIN Furniture, and that the use of "Darvin" is approved by, associated with, or connected with Darvin and its reputation.*

**Answer No. 55**

Wayfair denies.

**Complaint Paragraph No. 56**

*As a result of Wayfair's use of "Darvin" and "Darvin Furniture", there has been ongoing instances of actual confusion by the relevant public in at least the Chicagoland area as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 56**

Wayfair denies.

**Complaint Paragraph No. 57**

*For example, a customer called the DARVIN Furniture showroom during May 2023 and asked about the Darvin Furniture outdoor collection. A DARVIN Furniture representative asked the customer which outdoor furniture group they were inquiring about. The DARVIN Furniture representative accessed the darvin.com website to look for the collection the customer was asking about, but could not find the collection. The customer then told the DARVIN Furniture representative that her she was looking on the Wayfair website. The DARVIN Furniture representative told the customer that DARVIN Furniture does not have any product on the wayfair.com website.*

**Answer No. 57**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

**Complaint Paragraph No. 58**

*Wayfair's use of "Darvin" and "Darvin Furniture" is not authorized by Darvin.*

**Answer No. 58**

Wayfair admits that Darvin has not authorized Wayfair; otherwise, Wayfair denies.

**Complaint Paragraph No. 59**

*Wayfair's continued use of "Darvin" and "Darvin Furniture" is willful and intentional.*

**Answer No. 59**

Wayfair denies.

**Complaint Paragraph No. 60**

*Wayfair's continued use of "Darvin" and "Darvin Furniture" are counterfeit marks as defined by 15 U.S.C. §1116(d)(1)(B).*

**Answer No. 60**

Darvin's allegations in this paragraph are subject to Wayfair's Motion to Dismiss (Dkt. 12 and 13). Should the Court deny Wayfair's Motion to Dismiss, Wayfair reserves the right to answer at that time.

***Complaint Paragraph No. 61***

*Wayfair's actions have harmed, are harming, and will continue to harm Darvin.*

**Answer No. 61**

Wayfair denies.

***Complaint Paragraph No. 62***

*Wayfair's actions have caused, and unless restrained by this Court, will continue to cause serious and irreparable injury and damage to Darvin, to the goodwill associated with the DARVIN trademark, and otherwise damage and tarnish the reputation of Darvin and the DARVIN trademark.*

**Answer No. 62**

Wayfair denies.

***Complaint Paragraph No. 63***

*Darvin has no adequate remedy at law.*

**Answer No. 63**

Wayfair denies.

**COUNT I**
**(Federal Trademark Counterfeiting and Infringement – 15 U.S.C. § 1114(1))**

***Complaint Paragraph No. 64***

*Darvin repeats and incorporates by reference the allegations of paragraphs 1 through 63 of its Complaint as if set forth fully herein.*

**Answer No. 64**

Wayfair incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

***Complaint Paragraph No. 65***

*Darvin owns valid trademark rights in the DARVIN trademark.*

**Answer No. 65**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's allegations and therefore denies.

***Complaint Paragraph No. 66***

*Darvin owns a valid federal registration for the DARVIN trademark, Registration No. 3,019,314.*

**Answer No. 66**

Wayfair admits the face of U.S. Trademark Registration No. 3,019,314 lists Darvin as the Registrant; otherwise, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

***Complaint Paragraph No. 67***

*Registration No. 3,019,314 for the DARVIN trademark is incontestable.*

**Answer No. 67**

Wayfair admits that a Section 15 declaration was accepted by the U.S. Patent and Trademark Office pertaining to U.S. Trademark Registration No. 3,019,314; otherwise, this paragraph is a legal conclusion which requires response, and to the extent it requires a response, Wayfair is without knowledge or information sufficient to form a belief as to the truth of Darvin's remaining allegations in this paragraph and therefore denies.

***Complaint Paragraph No. 68***

- 19 -

*Wayfair's use of counterfeit and confusingly similar imitations of the DARVIN trademark in commerce in connection with furniture related goods and services is causing confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 68**

To the extent Darvin's allegations in this paragraph pertain to the counterfeiting claim, they are subject to Wayfair's Motion to Dismiss (Dkt. 12 and 13). Should the Court deny Wayfair's Motion to Dismiss, Wayfair reserves the right to answer the counterfeiting claim at that time. To the extent Darvin's allegations in this paragraph pertain to the remaining claims, Wayfair denies.

***Complaint Paragraph No. 69***

*The designation "Darvin" used by Wayfair is a counterfeit of the registered DARVIN mark.*

**Answer No. 69**

Darvin's allegations in this paragraph are subject to Wayfair's Motion to Dismiss (Dkt. 12 and 13). Should the Court deny Wayfair's Motion to Dismiss, Wayfair reserves the right to answer at that time.

***Complaint Paragraph No. 70***

*The designation "Darvin Furniture" used by Wayfair is a counterfeit of the registered trademark DARVIN.*

**Answer No. 70**

Darvin's allegations in this paragraph are subject to Wayfair's Motion to Dismiss (Dkt. 12 and 13). Should the Court deny Wayfair's Motion to Dismiss, Wayfair reserves the right to answer at that time.

***Complaint Paragraph No. 71***

*The designations "Darvin" and "Darvin Furniture" used by Wayfair are confusingly similar to and a colorable imitation of the DARVIN trademark owned by Darvin.*

**Answer No. 71**

Wayfair denies.

### Complaint Paragraph No. 72

*Wayfair is using the counterfeit marks "Darvin" and "Darvin Furniture" in commerce in connection with the sale, offering for sale, distribution, and advertising of furniture related goods and services, which use is likely to cause confusion, mistake, or deceive as to the source or sponsorship of Wayfair's furniture related goods and services.*

### Answer No. 72

To the extent Darvin's allegations in this paragraph pertain to the counterfeiting claim, they are subject to Wayfair's Motion to Dismiss (Dkt. 12 and 13). Should the Court deny Wayfair's Motion to Dismiss, Wayfair reserves the right to answer at that time. Wayfair denies the remaining allegations in this paragraph.

### Complaint Paragraph No. 73

*Wayfair is using the designations "Darvin" and "Darvin Furniture" to trade off the goodwill owned by Darvin.*

### Answer No. 73

Wayfair denies.

### Complaint Paragraph No. 74

*Wayfair's use of the use of the designation "Darvin" and "Darvin Furniture" are confusingly similar to DARVIN.*

### Answer No. 74

Wayfair denies.

### Complaint Paragraph No. 75

*Wayfair's furniture services are related to and compete with Darvin's furniture services.*

### Answer No. 75

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

**Complaint Paragraph No. 76**

*Wayfair's goods and services are offered to the same customers of Darvin's goods and services.*

**Answer No. 76**

Wayfair is without knowledge or information sufficient to form a belief as to the truth of

Darvin's allegations and therefore denies.

**Complaint Paragraph No. 77**

*Wayfair's use of the DARVIN trademark is likely to cause confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 77**

Wayfair denies.

**Complaint Paragraph No. 78**

*Wayfair's actions have caused actual confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 78**

Wayfair denies.

**Complaint Paragraph No. 79**

*Wayfair's use of the designations "Darvin" and "Darvin Furniture" constitutes trademark counterfeiting and infringement in violation of Section 32(a) of the Trademark Act (15 U.S.C. § 1114(1)(a)).*

**Answer No. 79**

To the extent Darvin's allegations in this paragraph pertain to the counterfeiting claim, they

are subject to Wayfair's Motion to Dismiss (Dkt. 12 and 13). Should the Court deny Wayfair's

Motion to Dismiss, Wayfair reserves the right to answer at that time. Wayfair denies the remaining allegations in this paragraph.

### Complaint Paragraph No. 80

*Wayfair's actions have caused and, unless restrained by this Court, will continue to cause serious and irreparable injury and damage to Darvin and to the goodwill associated with the DARVIN trademark.*

**Answer No. 80**

Wayfair denies.

### Complaint Paragraph No. 81

*Wayfair's injury to Darvin has been willful and intentional, in part, because Wayfair has refused to cease using the designations "Darvin" and "Darvin Furniture" even after being informed about Darvin's prior, senior, and incontestable rights in the DARVIN trademark.*

**Answer No. 81**

Wayfair denies.

### Complaint Paragraph No. 82

*Darvin has no adequate remedy at law.*

**Answer No. 82**

Wayfair denies.

**COUNT II**
**(Federal Unfair Competition – 15 U.S.C. § 1125(a))**

### Complaint Paragraph No. 83

*Darvin repeats and incorporates by reference the allegations of paragraphs 1 through 82 of its Complaint as if set forth fully herein.*

**Answer No. 83**

Wayfair incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

### Complaint Paragraph No. 84

*Wayfair is attempting to profit from the goodwill associated with the DARVIN trademark and "Darvin Furniture" trade name.*

**Answer No. 84**

Wayfair denies.

***Complaint Paragraph No. 85***

*Wayfair is attempting falsely to suggest an association with Darvin or to trade on the goodwill of the DARVIN mark and Darvin Furniture trade name.*

**Answer No. 85**

Wayfair denies.

***Complaint Paragraph No. 86***

*Wayfair's use of the designations "Darvin" and "Darvin Furniture" is likely to cause confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 86**

Wayfair denies.

***Complaint Paragraph No. 87***

*Wayfair's actions are likely to cause confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 87**

Wayfair denies.

***Complaint Paragraph No. 88***

*Wayfair's actions have caused confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 88**

Wayfair denies.

***Complaint Paragraph No. 89***

*Wayfair's actions constitute false representation and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).*

**Answer No. 89**

Wayfair denies.

***Complaint Paragraph No. 90***

*Wayfair's actions have caused and will continue to cause irreparable injury to Darvin unless enjoined by this Court.*

**Answer No. 90**

Wayfair denies.

***Complaint Paragraph No. 91***

*Darvin has no adequate remedy at law.*

**Answer No. 91**

Wayfair denies.

**COUNT III**
**(Common Law Unfair Competition)**

***Complaint Paragraph No. 92***

*Darvin repeats and incorporates by reference the allegations of paragraphs 1 through 91 of its Complaint as if set forth fully herein.*

**Answer No. 92**

Wayfair incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

***Complaint Paragraph No. 93***

*Wayfair's actions constitute unfair competition under the common law.*

**Answer No. 93**

Wayfair denies.

***Complaint Paragraph No. 94***

*Wayfair's actions have caused and will continue to cause irreparable injury to Darvin unless enjoined by this Court.*

**Answer No. 94**

Wayfair denies.

***Complaint Paragraph No. 95***

*Darvin has no adequate remedy at law.*

**Answer No. 95**

Wayfair denies.

## COUNT IV
### (Illinois Uniform Deceptive Trade Practices Act)

***Complaint Paragraph No. 96***

*Darvin repeats and incorporates by reference the allegations of paragraphs 1 through 95 of its Complaint as if set forth fully herein.*

**Answer No. 96**

Wayfair incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

***Complaint Paragraph No. 97***

*Wayfair's use of the designations "Darvin" and "Darvin Furniture" is likely to cause confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 97**

Wayfair denies.

***Complaint Paragraph No. 98***

*Wayfair's actions have caused confusion as to the source or sponsorship of Wayfair's goods and services.*

**Answer No. 98**

Wayfair denies.

### Complaint Paragraph No. 99

*Wayfair's actions are willful and intentional, in that they were done with deliberate disregard or reckless indifference to Darvin's rights.*

**Answer No. 99**

Wayfair denies.

### Complaint Paragraph No. 100

*Wayfair's actions violate the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2.*

**Answer No. 100**

Wayfair denies.

### Complaint Paragraph No. 101

*Wayfair's actions are likely to and did injure Darvin. Those actions have caused and, unless restrained by this Court, will continue to cause serious and irreparable injury and damage to Darvin and to the goodwill associated with the DARVIN mark and Darvin Furniture trade name.*

**Answer No. 101**

Wayfair denies.

### Complaint Paragraph No. 102

*Darvin has no adequate remedy at law.*

**Answer No. 102**

Wayfair denies.

### COUNT V
### (Illinois Consumer Fraud and Deceptive Business Practices Act)

### Complaint Paragraph No. 103

*Darvin repeats and incorporates by reference the allegations of paragraphs 1 through 102 of its Complaint as if set forth fully herein.*

**Answer No. 103**

Wayfair incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

### Complaint Paragraph No. 104

*The violation of the Illinois Uniform Deceptive Trade Practices Act described in Count IV also constitutes a violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2.*

**Answer No. 104**

Wayfair denies.

### Complaint Paragraph No. 105

*Wayfair's conduct is intentional, willful and outrageous, in that it was done with deliberate disregard or reckless indifference to Darvin's rights.*

**Answer No. 105**

Wayfair denies.

### Complaint Paragraph No. 106

*Wayfair's actions are likely to and did injure Darvin. Those actions have caused and, unless restrained by this Court, will continue to cause serious and irreparable injury and damage to Darvin and to the goodwill associated with the DARVIN mark and the Darvin Furniture trade name.*

**Answer No. 106**

Wayfair denies.

### Complaint Paragraph No. 107

*Darvin has no adequate remedy at law.*

**Answer No. 107**

Wayfair denies.

## AFFIRMATIVE DEFENSES

Wayfair asserts the following defenses to Darvin's Complaint and reserves the right to amend its Answer with additional defenses in light of information obtained through further

- 28 -

investigation or discovery. Wayfair reserves the right to raise additional affirmative defenses as they become known through further investigation and discovery.

1.      Darvin's claims are barred by the doctrine of laches, acquiescence, and/or estoppel.

2.      Darvin's claims are barred because consumers perceive "Darvin" as primarily merely a surname and thus, any purported use of "Darvin" by Wayfair is fair use.

### RESPONSE TO DARVIN'S PRAYER FOR RELIEF

Wayfair denies that Darvin is entitled to any of the relief it seeks in its Complaint.

### DEMAND FOR JURY TRIAL

Wayfair respectfully demands a jury trial on all claims and issues so triable.

Respectfully submitted,

WAYFAIR LLC

Date: September 20, 2023

/s/ John L. Strand

John L. Strand
Kira-Khanh McCarthy
jstrand@wolfgreenfield.com
kkmccarthy@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

Tonia A. Sayour
tsayour@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
212.697.7890 Phone

Counsel for Wayfair LLC

- 29 -

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


*/s/ John L. Strand*
John L. Strand

- 30 -